IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TRACEY CRAFT**                                                                                       **PLAINTIFF**

**v.**                     **Case No. 3:25-cv-00244-DPM-JTK**

**LELAND DUDEK**                                                                                 **DEFENDANT**
**Acting Commissioner**
**Social Security**

# ORDER

Pending before the Court is Plaintiff Tracey Craft's motion for leave to appear pro hac vice by Laura Waller. (Doc. No. 1). The motion is GRANTED. Ms. Waller is admitted for the limited purpose of the pending litigation and shall perform in accordance with the Local Rules of the Eastern District of Arkansas.

Further, the Court would like to draw your attention to the administrative order entered by Chief Judge Baker staying all civil cases where the Social Security Administration is a party.[1]

SO ORDERED THIS 3rd day of November, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] https://www.are.uscourts.gov/sites/are/files/AO%20Stay%20SSA%20Cases%20Govt%20Shutdown.10.3.2025.pdf